# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
DELORES TRIPLETT                                §          Case No. 12-29900-JHW
                                                §
                          Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $              , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/John W. Hargrave, Trustee_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-29900 | JHW |
| Case Name: | DELORES TRIPLETT | |
| For Period Ending: | 11/11/2013 | |

| | |
|---|---|
| Judge: | Judith H. Wizmur |

| | |
|---|---|
| Trustee Name: | John W. Hargrave, Trustee |
| Date Filed (f) or Converted (c): | 08/10/2012 (f) |
| 341(a) Meeting Date: | 09/14/2012 |
| Claims Bar Date: | 01/07/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  12 EAST HODGES AVE, LAWNSIDE NJ 08045 | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 2.  PNC BANK - CHECKING | 2,200.00 | 0.00 | | 0.00 | FA |
| 3.  HUDSON SAVINGS BANK - CHECKING | 9,154.07 | 0.00 | | 0.00 | FA |
| 4.  VARIOUS HOUSEHOLD ITEMS | 5,500.00 | 0.00 | | 0.00 | FA |
| 5.  CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 6.  FUR COATS | 350.00 | 0.00 | | 0.00 | FA |
| 7.  NECKLACE AND EARRINGS | 500.00 | 0.00 | | 0.00 | FA |
| 8.  PENSION | Unknown | 0.00 | | 0.00 | FA |
| 9.  1999 TOYOTA CAMRY (183,000 MILES) | 2,269.00 | 0.00 | | 0.00 | FA |
| 10.  HUDSON CITY SAVINGS BANK - CD (u)<br><br>ADDED IN DEBTOR'S AMENDED SCHEDULES 9/28/12<br>TRUSTEE DEMANDING TURNOVER OF FUNDS -<br>MATURES 10/17/12 | 5,178.37 | 4,557.44 | | 5,181.62 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $145,651.44 | $4,557.44 | $5,181.62 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR: 11/11/2013
TFR APPROVAL:  PENDING
FINAL MTG:  PENDING
TDR:  PENDING
TDR APPROVAL:  PENDING

Initial Projected Date of Final Report (TFR): 10/18/2013   Current Projected Date of Final Report (TFR): 11/4/2013

Exhibit A

**Page:** 1

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-29900

Case Name: DELORES TRIPLETT

Taxpayer ID No: XX-XXX2137

For Period Ending: 11/11/2013

Trustee Name: John W. Hargrave, Trustee

Bank Name: Team Capital Bank

Account Number/CD#: XXXXXX4974

Checking

Blanket Bond (per case limit): $33,548,151.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/18/12 | 10 | HUDSON CITY SAVINGS BANK 116 KINGS HIGHWAY EAST HADDONFIELD, NJ 08033 | CLOSE CD | 1229-000 | $5,181.62 | | $5,181.62 |
| 11/26/12 | 101 | TRIPLETT, DELORES 12 EAST HODGES AVE LAWNSIDE, NJ 08045 | DEBTOR'S EXEMPTION | 8100-002 | | $620.93 | $4,560.69 |
| 02/15/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,550.69 |
| 03/11/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,540.69 |
| 04/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,530.69 |
| 05/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,520.69 |
| 06/05/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,510.69 |
| 07/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,500.69 |
| 08/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,490.69 |
| 09/03/13 | | Team Capital Bank | Bank Service Fees | 2600-000 | | $10.00 | $4,480.69 |
| 10/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,470.69 |
| 11/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,460.69 |

COLUMN TOTALS $5,181.62 $720.93

Page Subtotals: $5,181.62 $720.93

Case 12-29900-JHW    Doc 28    Filed 01/03/14    Entered 01/03/14 14:29:19    Desc Main
Document    Page 6 of 12

Exhibit B

| | | |
|---|---|---|
| Less: Bank Transfers/CDs | $0.00 | $0.00 |
| Subtotal | $5,181.62 | $720.93 |
| Less: Payments to Debtors | $0.00 | $620.93 |
| Net | $5,181.62 | $100.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4974 - Checking | $5,181.62 | $100.00 | $4,460.69 |
| | $5,181.62 | $100.00 | $4,460.69 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,181.62 |
| Total Gross Receipts: | $5,181.62 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-29900-JHW                                                                                    Date: November 11, 2013

Debtor Name: DELORES TRIPLETT

Claims Bar Date: 1/7/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 99 8100 | DELORES TRIPLETT 12 EAST HODGES AVE LAWNSIDE, NJ 08045 | Administrative | DEBTOR'S ALLOWED EXEMPTION IN CD PD 11/26/12 - CK #101- $620.93 | $0.00 | $620.93 | $620.93 |
| 100 2100 | John W. Hargrave 117 Clements Bridge Road Barrington, NJ 08007 | Administrative | TRUSTEE COMMISSION | $0.00 | $1,140.17 | $1,140.17 |
| 100 2200 | John W. Hargrave 117 Clements Bridge Road Barrington, NJ 08007 | Administrative | TRUSTEE EXPENSES | $0.00 | $31.43 | $31.43 |
| 100 3110 | JOHN W. HARGRAVE ESQUIRE 117 CLEMENTS BRIDGE ROAD BARRINGTON, NJ 08007 | Administrative | ATTY FOR TRUSTEE FEES | $0.00 | $450.00 | $450.00 |
| 100 3120 | JOHN W. HARGRAVE ESQUIRE 117 CLEMENTS BRIDGE ROAD BARRINGTON, NJ 08007 | Administrative | ATTY FOR TRUSTEE EXPENSES | $0.00 | $19.55 | $19.55 |
| 1 300 7100 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | Date Filed: 10/12/2012  GUS - ACCT #X-3794 Sch F - Discover | $7,445.00 | $7,445.63 | $7,445.63 |
| 2 300 7100 | N. A. FIA CARD SERVICES FIA CARD SERVICES, N.A. 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | Unsecured | Date Filed: 10/26/2012  GUS - ACCT #X-8383 / x9675 Sch F - Bank of America - X-9675 | $14,525.00 | $14,525.85 | $14,525.85 |
| 3 300 7100 | N. A. FIA CARD SERVICES FIA CARD SERVICES, N.A. 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | Unsecured | Date Filed: 10/26/2012  GUS - ACCT #X-3593 / x9246 Sch F - Bank of America X7653 | $7,052.00 | $7,052.64 | $7,052.64 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-29900-JHW                                                                Date: November 11, 2013

Debtor Name: DELORES TRIPLETT

Claims Bar Date: 1/7/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 4<br>300<br>7100 | N. A. FIA CARD SERVICES<br>FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | Date Filed: 10/26/2012<br><br>GUS - ACCT #X-1027 / x0615<br>Sch F - Bank of America - X0615 | $14,088.00 | $14,088.67 | $14,088.67 |
| 5<br>300<br>7100 | AMERICAN EXPRESS<br>CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | Date Filed: 11/01/2012<br><br>GUS - ACCT #X-2003 / x4703<br>Sch F - American Express x4703 | $20,458.00 | $20,458.57 | $20,458.57 |
| 6<br>300<br>7100 | PORTFOLIO INVESTMENTS II<br>LLC<br>C/O RECOVERY<br>MANAGEMENT SYSTEMS<br>CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | Date Filed: 11/04/2012<br><br>GUS - ACCT #X-5732<br>Sch F - Gecrb/Lord & Taylor | $2,859.00 | $2,756.27 | $2,756.27 |
| 7<br>300<br>7100 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181 | Unsecured | Date Filed: 11/20/2012<br><br>GUS - ACCT #X-9696 / X-5437<br>Sch F - Credit First x3518 | $1,505.00 | $1,445.67 | $1,445.67 |
| 8<br>300<br>7100 | ECAST SETTLEMENT<br>CORPORATION<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E FT. LOWELL, SUITE 200<br>TUCSON, AZ 85712 | Unsecured | Date Filed: 12/05/2012<br><br>GUS - ACCT #X-0550<br>Sch F - Cap1/Saks | $625.00 | $600.04 | $600.04 |
| | Case Totals | | | $68,557.00 | $70,635.42 | $70,635.42 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                              Printed: November 11, 2013

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-29900-JHW
Case Name: DELORES TRIPLETT
Trustee Name: John W. Hargrave, Trustee

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John W. Hargrave | $ | $ | $ |
| Trustee Expenses: John W. Hargrave | $ | $ | $ |
| Attorney for Trustee Fees: JOHN W. HARGRAVE ESQUIRE | $ | $ | $ |
| Attorney for Trustee Expenses: JOHN W. HARGRAVE ESQUIRE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 1 | DISCOVER BANK | $ | $ | $ |
| 2 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 3 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 4 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 5 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 6 | PORTFOLIO INVESTMENTS II LLC | $ | $ | $ |
| 7 | CREDIT FIRST NA | $ | $ | $ |
| 8 | ECAST SETTLEMENT CORPORATION | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE